**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| **HOWARD COHAN,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **CASE NO. 6:22-cv-01901-CEM-DCI** |
| **DISCOUNT AUTO PARTS, LLC a foreign limited liability company,** | ) | |
| **Defendant.** | ) | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, HOWARD COHAN, and Defendant, DISCOUNT AUTO PARTS, LLC, through their undersigned counsel and pursuant to Local Rule 3.08(a), M.D. Fla., notify the Court that the parties have reached a settlement of all claims in this matter. Upon finalization of the settlement documents, the parties will file a Joint Stipulation for Dismissal with Prejudice.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 9th day of December, 2022.

Respectfully submitted,

SCONZO LAW OFFICE, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459

By: */s/ Gregory S. Sconzo*
Gregory S. Sconzo
Florida Bar No.: 0105553
greg@sconzolawoffice.com

Attorneys for Plaintiff

JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone: (407) 246-8440
Facsimile: (407) 246-8441

By: */s/ Alicia M.Chiu*
Alicia M. Chiu
Florida Bar No. 0058366
alicia.chiu@jacksonlewis.com

Attorneys for Defendant

4881-8973-8051, v. 1